# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES LEE FINE

NO. 2024 KW 0702

**NOVEMBER 4, 2024**

---

In Re:    James Lee Fine, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 110268.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction ... of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT